UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamie DeLorme, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Big Think Capital, Inc.,<br><br>Defendant. | Court File No.:22-cv-968 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Big Think Capital, Inc. makes the following disclosures to Federal Rule of Civil Procedure 7.1:

1. Big Think Capital, Inc. does not have a parent corporation; and

2. 10% or more of the stock of Big Think Capital, Inc. is not owned by a publicly held corporation.

**MORRISON SUND PLLC**

Date: May 11, 2022

*/e/ Matthew R. Burton*
Matthew R. Burton (#210018 MN)
5125 County Road 101, Suite 200
Minnetonka, MN 55345
P: (952) 975-0050; F: (952) 975-0058
E: mburton@morrisonsund.com

***ATTORNEYS FOR DEFENDANT***

As local counsel for:

|  |  |
|---|---|
|  | **SCHWARTZ ETTENGER, PLLC** |
| Date: May 11, 2022 | */e/ Jeffrey S. Ettenger* <br> Jeffrey S. Ettenger (#2787570 NY) <br> 445 Broad Hollow Road, Suite 205 <br> Melville, NY 11747 <br> P: (631) 777-2401; F: (631) 777-2402 <br> E: jse@selawny.com |
|  | ***ATTORNEYS FOR DEFENDANT*** |