# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jamie DeLorme, | Case No. 22-cv-968 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Big Think Capital, Inc., | |
| Defendant. | |

---

The parties filed a stipulation to give Defendant an extension of time to Answer the Complaint (Dkt. No. 12). **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before May 31, 2022.

Dated: May 13, 2022

    s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge