UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 22-cv-968 NEB/DTS

| | |
|---|---|
| Jamie DeLorme, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>Big Think Capital, Inc.,<br><br>                  Defendant. | **PROPOSED ORDER TO EXTEND FACT DISCOVERY COMPLETION DEADLINE AND NON-DIPOSITIVE MOTION DEADLINE** |

Pursuant to the Joint Motion to Extend the Fact Discovery Completion Deadline and Non-Dispositive Motion Deadline filed by the parties [Doc. No. 28], the Court hereby amends its Pretrial Scheduling Order (*Doc. No. 22*) as follows:

1. Fact Discovery Completion Deadline: **December 1, 2023**; and

2. Non-Dispositive Motion Deadline to Serve and File: **January 31, 2024.**

    IT IS SO ORDERED.

Dated:_____        _____
                                                Honorable David T. Schultz
                                                United States Magistrate Judge