# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JAMIE DELORME on behalf of himself and all others similarly situated,

    Plaintiff,

v.

BIG THINK CAPITAL, INC.,

    Defendant.

Case No. 22-CV-968 (JMB/DLM)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Jamie DeLorme and Defendant Big Think Capital, Inc.'s (together, the "Parties") Stipulation for Dismissal. (Doc. No. 51.) Plaintiff wishes to dismiss the Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties have signed a Stipulation of Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 22, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court